IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | Case No. 22-30345 |
| AALIYAH SHA'DIAMOND PEOPLES ) | |
| ) | Chapter 13 |
| Debtor. ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a) AND CO-DEBTOR STAY OF SECTION 1301

COMES NOW, Nissan Motor Acceptance Company fka Nissan Motor Acceptance Corporation (hereinafter referred to as "Nissan"), and requests this Honorable Court for an order terminating the automatic stay imposed by 11 U.S.C. 362(a), and Co-Debtor Stay of Section 1301 in order that it may foreclose, repossess, or otherwise liquidate its collateral. As grounds for this motion, Nissan respectfully represents unto the Court as follows:

1. The Debtor in the above styled cause, Aaliyah Sha'Diamond Peoples (hereinafter "the Debtor"), filed a petition in the United States Bankruptcy Court for the Middle District of Alabama, the same being Case No. 22-30345.

2. On May 6, 2017, the Debtor executed a Retail Installment Sales Contract purchasing **one (1) 2017 Nissan Sentra, VIN: 3N1AB7AP4HY316525**. Copies of the Retail Installment Sales Contract and Certificate of Title are attached hereto collectively as Exhibit "A" and incorporated herein by reference.

3. That the Co-Debtor, Stephanie Peoples, is not a debtor in this bankruptcy case.

4. That Nissan avers that the Debtor and the Co-Debtor failed and refused to make payments as set out in the contract and the contract is now in default for the installment months of February 16, 2023 to May 16, 2023 in the amount of $1,327.88.

Peoples; File #10-BK-22-16250

5. Nissan under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Nissan further avers that there is no value in the collateral herein beyond the indebtedness owed to Nissan and that there is no equity in the said collateral for the estate.

6. Nissan also claims fees and costs for the filing of this motion.

7. Nissan request that the stay provided in Federal Rules of Bankruptcy 4001(a)(3) shall not apply to the order entered pursuant to this motion.

WHEREFORE, PREMISES CONSIDERED, Nissan request this Honorable Court for an Order granting its above and foregoing motion, and for waiver of the fourteen (14) day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure and for such further and other relief as this Court deems proper.

Paul J. Spina III,
Attorney for Creditor
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800
pspina@spinalavelle.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the 13th day of **June, 2023**.

David Weston
Attorney at Law
7515 Halcyon Pointe Dr
Montgomery, AL 36117
334-265-4952
lgraham@awf.law


Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
334-262-8371
Trustee_office@ch13mdal.com


Aaliyah Sha'Diamond Peoples
8809 Jamac Lane
Montgomery, AL 36117

Stephanie Peoples
8809 Jamac Lane
Montgomery, AL 36117

                                            /s/ OF COUNSEL